UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

No. 2:14-MJ-1089

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ACCOUNT DATA RELATED TO THE FISHING VESSELS BALD EAGLE II (1038900), BRIDGOT DENISE (1040383), JANE CAROLYN (1041448), PACIFICS (1026244), SIDDIE GOLDEN (542769), and VICKIE II (1073368), WHICH IS STORED AT PREMISES CONTROLLED BY BOATRACS, INC. | UNDER SEAL |

## ORDER TO SEAL APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT

Upon motion of the United States and for good cause shown, namely, to avoid compromising an ongoing investigation as set forth in the motion, it is hereby ORDERED that the Application and Affidavit for Search Warrant regarding the above-captioned matter, with the exception of Attachments "A" and "B" to the Application, and the instant Motion and Order to Seal, be sealed by the Clerk until further Order of this Court, except that two certified copies of the same be provided to NOAA and the Office of the United States Attorney.

This **7** day of July, 2014.

_____
JAMES E. GATES
United States Magistrate Judge